# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | DOCKET NO. 3:19-CR-00473-S |
| | § | |
| DANIEL R. CANCHOLA, M.D. | § | |

## NOTICE OF SCHEDULING CONFLICT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Daniel R. Canchola, M.D., by and through his counsel of record, and respectfully submits this Notice of Scheduling Conflict and in support thereof would show the Court as follows:

On October 2, 2019, the Court issued a Pretrial Order (Dkt. No. 17), which set a trial date of December 9, 2019 for this matter, along with various related pretrial deadlines. The Pretrial Order further set forth that any potential scheduling conflicts must be called to the attention of the Court in writing within ten (10) days of the date of the Order. Consistent with that Order, Daniel K. Hagood, P.C. and Alexandra Hunt (hereafter "Counsel") hereby request that the Court take notice of a potential scheduling conflict with the trial date set forth in the Pretrial Order.

Specifically, Counsel has a felony jury trial set for December 9, 2019 in the 371st Judicial District Court of Tarrant County, Texas (*State v. Abdul Razak Alhassan*; Cause No. 1540339). That case was set for trial on that date prior to the issuance of the Court's Order in this case and has been reset multiple times prior to the current setting. Accordingly, Counsel expects that it is very likely to actually proceed to trial on December 9, 2019, which would result in a significant scheduling conflict, as that is the trial date set for this matter by the Court's Pretrial Order.

Respectfully submitted,

*/s/ Daniel K. Hagood, P.C.*

**DANIEL K. HAGOOD, P.C.**
Texas Bar No. 08698300

**ALEXANDRA HUNT**
Texas Bar No. 24095711

2515 McKinney Avenue
Chateau Plaza, Suite 940
Dallas, Texas 75201
214.720.4040 telephone
214.237.0905 facsimile
dhagood@sorrelshagood.com
ahunt@sorrelshagood.com

COUNSEL FOR DEFENDANT CANCHOLA

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2019, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the U.S. District Court for the Northern District of Texas to be served upon all counsel of record by the Court's electronic filing system.

*/s/ Daniel K. Hagood, P.C.*
DANIEL K. HAGOOD, P.C.

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 10th day of October, 2019, I conferred with US DOJ Trial Attorney Brynn Schiess regarding the above and foregoing document and that she is unopposed to the filing of same.

*/s/ Daniel K. Hagood, P.C.*
DANIEL K. HAGOOD, P.C.