IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:19-CR-00473-S |
| DANIEL R. CANCHOLA, M.D. | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

Matthew J. Smid, Special Assistant United States Attorney, enters his appearance as co-counsel for the United States of America in this case.  SAUSA Smid is not replacing Brynn Schiess, who remains lead attorney for the United States.  The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

  */s/ Matthew J. Smid*
Matthew J. Smid
Special Assistant United States Attorney
Texas State Bar No. 24063541
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214-659-8684
Facsimile:   214-659-8602
matthew.smid@usdoj.gov

**Notice of Appearance as Co-Counsel Page 1**

CERTIFICATE OF SERVICE

      I certify that on December 30, 2019, I electronically filed this Notice of Appearance as Co-Counsel with the Clerk of Court for the United States District Court, Northern District of Texas using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Matthew J. Smid*
      Matthew J. Smid
      Special Assistant United States Attorney